# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISON

| | |
|---|---|
| **JEREMY R. TOUMEY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO. _____ |
| | * |
| **BIRMINGHAM URBAN AIR, LLC, et al.** | * |
| | * |
| Defendants. | * |

## NOTICE OF REMOVAL

Defendant Birmingham Urban Air, LLC ("Defendant") hereby removes, pursuant to 28 U.S.C. §1441, et seq., civil action captioned *Jeremy R. Toumey v. Birmingham Urban Air, LLC, et al,* Docket Number CV-2018-904751 pending in the Circuit Court of Jefferson County, Alabama (the "State Court Action"), to the United States District Court for the Northern District of Alabama, Southern Division, on the grounds of diversity of citizenship, 28 U.S.C. §1332, for the following reasons:

1.   On November 27, 2018, Plaintiff Jeremy R. Toumey ("Plaintiff") filed a Complaint in the State Court Action. A copy of the Complaint and all other documents filed in the State Court Action as of the time of this filing are attached as Exhibit "A".

2. Defendant was served on December 4, 2018. *See* Exhibit "B". Thus, notice of removal is timely filed in compliance with 28 U.S.C. §1446(b).

3. In this personal injury action, Plaintiff alleges he was injured as a result of an accident that occurred in Homewood, Alabama, and Plaintiff asserts claims against Defendants of negligence, wantonness, premises liability, negligent, reckless, and wanton supervision and training. *See* Complaint.

4. The Circuit Court for Jefferson County, Alabama, is located within the jurisdiction of the United State District Court for the Northern District of Alabama, Southern Division.

5. This action is removable because there is complete diversity of citizenship between Plaintiff and Defendant, and because the damages alleged are in excess of $75,000.00, based on Plaintiff's claims for general and special compensatory damages, for past and future medical expenses, mental anguish, pain and suffering, permanent injury and disfigurement, and lost earning capacity, as well as punitive damages. Accordingly, this matter is within the original jurisdiction conferred on this Court pursuant to 28 U.S.C. § 1332.

6. Plaintiff is a resident of Alabama. *See* Complaint ¶ 1. For diversity purposes, he is a citizen of Alabama.

7. Defendant is a foreign limited liability corporation whose sole members are Tom Andrew Duncan and Terri Little. *See* Affidavits of Tom Andrew

Duncan and Terri Little, attached hereto as Exhibits "C" and "D", respectively. Tom Andrew Duncan is a resident of and is domiciled in Miller County, Arkansas. *See* Affidavit of Tom Andrew Duncan, Exhibit "C". Terri Little is a resident of and is domiciled in Caddo Parish, Louisiana. *See* Affidavit of Terri Little, Exhibit "D". Accordingly, for diversity purposes, Defendant is a citizen of Arkansas and Louisiana. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("a limited liability company is a citizen of any state of which a member of the company is a citizen").

8.  Based on the allegations in the Complaint, the requisite amount in controversy is satisfied, as Plaintiff seeks general and special compensatory damages, for past and future medical expenses, mental anguish, pain and suffering, permanent injury and disfigurement, and lost earning capacity, as well as punitive damages for the following:

- "He suffered injuries to various portions of his body, including but not limited to: his knee;"
- "He has experienced and continues to experience pain and suffering and is reasonably certain to experience pain and suffering in the future;"
- "He has experienced and continues to experience mental anguish and is reasonably certain to experience mental anguish in the future;"
- "He was permanently injured, disfigured and damaged;"
- "He was caused to incur personal injury medical expenses for treatment from various doctors, physicians, and hospitals;"
- "He was caused to incur out-of-pocket medical expenses;"
- "He has lost wages and earning capacity;"
- He is reasonably certain to incur personal injury medical expenses in the future."

*See* Complaint ¶ 7. To the extent Plaintiff is successful in seeking punitive damages, for which Plaintiff alleges Defendants are liable, under *BMW of N. Am. v. Gore*, then it is reasonable to assume a standard three times multiplier of compensatory damages may be used to determine a punitive damages award. *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996). When combining the allegedly significant compensatory damages with the possible punitive damages, the amount in controversy clearly exceeds $75,000.00. Plaintiff has not entered any stipulation limiting any award which may be made, nor has Plaintiff provided any affidavit waiving any recovery above $75,000.00.

9. This action should be removed to this Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between the parties, and the judgment value of damages sought by Plaintiff exceeds the jurisdictional threshold.

10. Attached as exhibits to this Notice of Removal are the following:

  (a) Copies of all pleadings, including answers, filed in state court (Exhibit "A");

  (b) Copies of return of service on Defendant (Exhibit "B");

  (c) Affidavit of Tom Andrew Duncan (Exhibit "C"); and

  (d) Affidavit of Terri Little (Exhibit "D").

11. Pursuant to 28 U.S.C. 1446(d), and contemporaneously with the filing hereof, undersigned counsel for Defendant has given notice of the filing of this Notice of Removal to Plaintiff.

12. A copy of this Notice of Removal is being promptly filed with the Circuit Court of Jefferson County, Alabama, as required by 28 U.S.C. 1446(d).

13. Defendant Birmingham Urban Air, LLC respectfully requests that this Court take jurisdiction in this civil action to its conclusion, to the exclusion of any further proceedings in the State Court, in accordance with federal law.

**WHEREFORE,** Defendant Birmingham Urban Air, LLC respectfully requests that this Court remove this action from the Circuit Court for Jefferson County, Alabama to the United States District Court for the Northern District of Alabama, Southern Division.

> /s/ Jonathan B. Minchin
> Jonathan B. Minchin (ASB-0281-A58M)
> George C. Gaston  (ASB-8841-O60G)
> Galloway, Johnson, Tompkins, Burr & Smith, PLC
> 63 S. Royal Street, Suite 302
> Mobile, Alabama 36602
> Telephone: (251) 438-7850
> Facsimile: (251) 438-7875
> jminchin@gallowaylawfirm.com
> ggaston@gallowaylawfirm.com
> Attorneys for Defendant Birmingham Urban Air, LLC

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 3rd day of January, 2019, caused a copy of the foregoing to be uploaded via the ECF court filing system and served electronically on counsel for all parties of record who are registered participants by the electronic notification given by ECF at the time of filing on this day.  I also sent a copy of the foregoing via electronic mail to:

Garrett Dennis
Shunnarah Personal Injury Lawyers, P.C.
221 Longwood Dr. SW
Huntsville, Alabama 35801
Telephone: (205) 983-8144
Facsimile: (205) 983-8444
gdennis@asilpc.com
*Attorney for Plaintiff*

              */s/ Jonathan B. Minchin*
              OF COUNSEL