ELECTRONICALLY FILED **FILED**
11/27/2018 7:40 PM
2019-Jan-03 AM 10:18
01-CV-2018-904751.00
CIRCUIT COURT OF
CIRCUIT COURT
JEFFERSON COUNTY, ALABAMA
01ST. DISTRICT COURT
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>**01**<br>Date of Filing:<br>11/27/2018 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JEREMY R. TOUMEY v. BIRMINGHAM URBAN AIR, LLC

**First Plaintiff:** ☐ Business ☑ Individual   **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING**   A ☐ **APPEAL FROM**   O ☐ **OTHER**
**DISTRICT COURT**

R ☐ **REMANDED**   T ☐ **TRANSFERRED FROM**
**OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

| **ATTORNEY CODE:**<br><br>DEN041 | 11/27/2018 7:40:32 PM<br>Date | /s/ GARRETT PARKER DENNIS<br>Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO


**EXHIBIT**
**A**



**AlaFile E-Notice**

01-CV-2018-904751.00

To:  BIRMINGHAM URBAN AIR, LLC
1242 PINEBROOK CIRCLE
AUBURN, AL, 36830

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JEREMY R. TOUMEY V. BIRMINGHAM URBAN AIR, LLC
01-CV-2018-904751.00

The following complaint was FILED on 11/27/2018 7:41:05 PM

Notice Date:      11/27/2018 7:41:05 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2018-904751.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### JEREMY R. TOUMEY V. BIRMINGHAM URBAN AIR, LLC

**NOTICE TO:** BIRMINGHAM URBAN AIR, LLC, 1242 PINEBROOK CIRCLE, AUBURN, AL 36830

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GARRETT PARKER DENNIS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3626 CLAIRMONT AVE. S., BIRMINGHAM, AL 35222

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEREMY R. TOUMEY pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/27/2018 7:41:05 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ GARRETT PARKER DENNIS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

| *(Name of Person Served)* | | *(Name of County)* |
|---|---|---|

Alabama on _____.

*(Date)*

_____
*(Address of Server)*

| _____ | _____ | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |

| | _____ | _____ |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 2

ELECTRONICALLY FILED
11/27/2018 7:40 PM
01-CV-2018-904751.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **JEREMY R. TOUMEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CASE NO.:** _____ |
| | ) |
| | ) |
| **BIRMINGHAM URBAN AIR, LLC** | ) |

[FICTITIOUS DEFENDANTS: No. 1, whether singular or plural, that entity or those entities who or which had the duty to maintain the cleanliness and safe condition of the flooring at the store in question in this lawsuit; No. 2, whether singular or plural, that entity or those entities who or which had a duty to warn and failed to warn had a duty to issue and failed to issue or issued inadequate warnings or instructions, regarding a condition that was hazardous to Jeremy Toumey and other patrons in the store in question in this lawsuit; No. 3, whether singular or plural, that entity or those entities who or which had a duty to inspect the premises in question and at issue in this lawsuit for hazards, hidden defects or dangerous conditions on or about the flooring materials or floor used for travel by the store patrons in the store in question and at issue in this lawsuit; No. 4, whether singular or plural, that entity or those entities who or which placed, allowed or caused the hazard to be present on the floor in question and at issue in this lawsuit and was hazardous and caused injury and damages to the above-named Jeremy Toumey; No. 5, whether singular or plural, that entity or those entities which provided general liability or premises liability or medical payment coverage to the store in question and at issue in this lawsuit; No. 6, whether singular or plural that entity or those entities who or which conducted safety inspections or analyses or provided consulting services pertaining to the flooring materials present in the store in question and at issue in this lawsuit; No. 7, whether singular or plural, that entity or those entities who or which had a duty to insure or ensure the safety and security of Plaintiff, Jeremy Toumey, while at the premises involved in the occurrence made the basis of this suit; No. 8, whether singular or plural, that entity or those entities who or which were involved to any degree in providing safety and security to Plaintiff in connection with the occurrence made the basis of Plaintiff's complaint; No. 9, whether singular or plural, that entity or those entities who or which controlled and/or had a duty to control the premises involved in the occurrence made the basis of this lawsuit at the time of or at any time before said occurrence which caused injury and damage to Plaintiff and which is at issue and the basis of this lawsuit; No. 10, whether singular or plural, that entity or those entities who or which controlled or had the right to control the access or ingress and/or egress to the premises involved in the occurrence made the basis of this lawsuit at the time of said occurrence; No. 11, whether singular or plural, that entity or those entities other than those entities described above whose negligence, wantonness, willfulness, or other wrongful conduct caused or contributed to cause the occurrence made the basis of this lawsuit; No. 12, whether singular or plural, that entity or those entities which reinsured or provided excess coverage; No. 13, whether singular or plural, that entity or those entities other than those entities described above, which is the successor in interest of any of those entities described above; No. 14, being that person, firm, partnership or corporation who contracted with any named defendant to provide training or supervision of its employees in

the proper maintenance of its premises as alleged herein;  No. 15, being that person, firm, partnership or corporation who owned or operated the premises causing the injuries to Plaintiff as alleged in the complaint; No. 16, being that person, firm, partnership or corporation who contracted to any named defendant to provide training or supervision to its employees in the proper maintenance of its premises as alleged herein; No. 17, being the person, firm, partnership or corporation who is a successor or predecessor in interest to any named or fictitiously identified defendant; No. 18, being the person, firm, partnership or corporation charged with the overall hiring, training and supervision of the employees or contractors who or which were charged with the duty or contracted to assume said duty of cleaning, inspecting, maintaining, and operating the section or department of the store in question and at issue in this lawsuit and whose breach of duty caused or contributed to cause the injuries and damages to Plaintiff, Jeremy Toumey, as alleged in this lawsuit; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party Defendants are not known to Plaintiff at this time, but their true names will be substituted when ascertained],

)
**Defendants.**                              )

## COMPLAINT

### PARTIES AND VENUE

1.      Plaintiff, Jeremy R. Toumey, is an individual resident citizen of the State of Alabama and is over the age of nineteen (19) years of age.

2.      Defendant, Birmingham Urban Air, LLC is a foreign corporation doing business in the State of Alabama.

3.      Fictitious Defendants, described above as numbers one (1) through eighteen (18), are those persons or entities whose names will be substituted upon learning their true identities.

4.      Venue is proper in Jefferson County pursuant to Ala. Code § 6-3-2 (a)(3) considering that the Plaintiff is a resident of Jefferson County and the occurrence giving rise to this suit occurred within the County.

### FACTUAL BACKGROUND

5.      On or about the 27th day of November 2016, Plaintiff was a customer of Birminham urban Air, LLC located at 800 Greensprings Hwy, Homewood, AL 35209.

6.      While jumping and using the premises, in the way it was intended to be used, the Plaintiff was severally injured when he fell on an area of the premises that was not adequately padded or otherwise hazardous.

7.    The impact from the fall caused the Plaintiff to suffer the following injuries and damages:

    (a)    He suffered injuries to various portions of his body, including but not limited to: his knee;

    (b)    He suffered aggravations of pre-existing condition(s);

    (c)    He has experienced and continues to experience pain and suffering and is reasonably certain to experience pain and suffering in the future;

    (d)    He has experienced and continues to experience mental anguish and is reasonably certain to experience mental anguish in the future;

    (e)    He was permanently injured, disfigured and damaged;

    (f)    He was caused to incur personal injury medical expenses for treatment from various doctors, physicians, and hospitals;

    (g)    He was caused to incur out-of-pocket medical expenses;

    (h)    He has lost wages and earning capacity; and

    (i)    He is reasonably certain to incur personal injury medical expenses in the future;

## COUNT ONE- NEGLIGENCE AND WANTONNESS

8.    Plaintiff re-alleges all preceding paragraphs of the Complaint as if fully set forth herein.

9.    On or about the 27th day of November 22016014, Plaintiff was a patron of Birmingham Urban Air, LLC and therefore qualifies as a business invitee.

10.    Defendant Birmingham Urban Air, LLC and one or more of the fictitious party defendants listed and described hereinabove (hereinafter referred to as "Defendants"), negligently, recklessly and/or wantonly created a hazardous area for its patrons to jump and otherwise use Defendant's premises.

11.    Defendants knew, have known, that injury was likely to occur as a result of the condition of its premises.  Additionally, Defendants allowed the premises to become, and remain, hazardous with a conscious disregard for the safety of customers.

12.    As a result of Defendants' negligence, wantonness and/or recklessness, Plaintiff fell to the ground and suffered injuries as described above, herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Birmingham Urban Air, LLC and Fictitious Party Defendants listed and described in the caption hereinabove, for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the court render a verdict for Plaintiff and against each Defendant, and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendants' wrongful acts and/or omissions and which will effectively prevent other similar wrongful acts/omissions.

## COUNT TWO – PREMISES LIABILITY

13. Plaintiff re-alleges all preceding paragraphs of the Complaint as if fully set forth herein.

14. On or about the 27th day of November 2016, Plaintiff was a patron of the Defendant and therefore qualifies as a business invitee.

15. Defendants negligently, recklessly and/or wantonly caused or allowed an inadequately padded section to remain upon the floor in an area that was used by its patrons or invitees to move around the premises and jump, causing Plaintiff to fall and suffer injury, as described above, herein.

16. At the aforesaid time and place, Defendants were the owners or lessees of the property and as such had a duty and responsibility to provide Plaintiff a safe place to jump and otherwise use the premises. If any defects in their owned or leased premises existed, Defendants had the duty to warn its patrons and/or invitees of hazards of which it/they knew, or should have known in the exercise of due care, were not easily discoverable by the invitees. Defendants negligently, wantonly, recklessly and/or willfully breached these duties by failing to warn Plaintiff of the hazard and/or defect which was known to them or which they negligently failed to detect in their use, operation and maintenance of and upon the premises. Said negligent, wanton, reckless and/or willful conduct was a proximate cause of Plaintiff's injuries and damages.

17. Defendants were owners or lessees of the property at issue and, as such, said defendants had the right to and did control the conditions, methods and manner in which the premises was inspected, maintained and configured and the flooring materials, cleaning materials, polishing materials, methods and schedule for cleaning, inspecting and maintaining said floors and for establishing patterns and routes for its patrons and/or invitees to ambulate and/or travel around and about the premises therein and about said store and premises at the time and place of the occurrence made the basis of Plaintiff's complaint and negligently and/or wantonly caused or allowed Plaintiff to be injured as a result of the breach of the duties that Defendants owed to Plaintiff in causing or allowing the floors upon which Plaintiff fell to be unreasonably hard and/or hazardous due to the lack of padding and/or construction of the flooring and causing a hazard, either in and of itself or in conjunction with the cleaning, polishing or other substances used upon the floor or through the schedule of said cleaning or lack of said scheduled cleaning. Defendants negligently, wantonly, recklessly and/or willfully failed to properly control the conditions, methods and manner in which the floor was maintained and presented to the patrons

- 4 -

or invitees for their use in ambulating and/or traveling about the store as they shopped and said negligent, wanton, reckless and/or willful conduct was a proximate cause of Plaintiff's injuries and damages.

18.     Defendants negligently, wantonly, recklessly and/or willfully caused or allowed the area with a lack of padding to remain in a main travel area and failed to remedy the hazardous situation and/or address the unreasonably dangerous area, and Defendants had actual knowledge of the hazardous condition or said hazardous condition had existed for such an unreasonable length of time so as to create a presumption of knowledge of such hazardous area on the part of said Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Birmingham Urban Air, LLC and Fictitious Party Defendants listed and described in the caption hereinabove, for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the court render a verdict for Plaintiff and against each Defendant, and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendants' wrongful acts and/or omissions and which will effectively prevent other similar wrongful acts/omissions.

## COUNT THREE – NEGLIGENT, RECKLESS, AND WANTON SUPERVISION AND TRAINING

19.     Plaintiff re-alleges all preceding paragraphs of the Complaint as if fully set forth herein.

20.     Defendants were under an obligation and duty to train their employees to make sure that there are not hazards present so as not to cause any unreasonable dangers for customers of the store.

21.     Defendants were under an obligation and duty to train and supervise store employees to properly inspect the commercial areas or areas accessible to their patrons or invitees so that there are no dangerous conditions not readily discoverable to their patrons or invitees.

22.     Defendants negligently, wantonly, and recklessly failed to properly train employees to inspect and to keep the store area free and clear of dangerous conditions. Defendants' failure to properly train its employees directly resulted in Plaintiff's injuries as described herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant Birmingham Urban Air, LLC and Fictitious Party Defendants listed and described in the caption hereinabove, for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the court render a verdict for Plaintiff and against each Defendant, and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the

Defendants' wrongful acts and/or omissions and which will effectively prevent other similar wrongful acts/omissions.

## COUNT FOUR – FICTITIOUS DEFENDANTS

23.     Plaintiff re-alleges all preceding paragraphs of the Complaint as if fully set forth herein.

24.     Fictitious Party Defendants identified and described hereinabove, whether singular or plural, are those other persons, firms, corporations, partnerships or entities whose wrongful conduct caused or contributed to cause the injuries or damages to Plaintiff.

25.     As a proximate result of said negligence, intentional conduct, willfulness and/or wantonness of said Defendants, Plaintiff was caused to be injured and damaged as described above, herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Fictitious Party Defendants listed and described in the caption hereinabove, for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the court render a verdict for Plaintiff and against each Defendant, and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendants' wrongful acts and/or omissions and which will effectively prevent other similar wrongful acts/omissions.

Respectfully Submitted,

_____
Garrett Dennis (DEN041)
Attorney for Plaintiff

**OF COUNSEL:**

SHUNNARAH INJURY LAWYERS, P.C.
221 Longwood Dr. SW
Huntsville, AL 35801
Phone:      (205) 983-8144
Facsimile:  (205) 983-8444
Email:      gdennis@asilpc.com

- 6 -

## REQUEST FOR SERVICE BY CERTIFIED MAIL BY CLERK

Pursuant to ARCP 4.1 and 4.2, Plaintiff requests that the ***Clerk*** direct service of the

foregoing "Summons and Complaint" by certified mail, addressed as follows:

Birmingham Urban Air, LLC
Attn: Frank Boyd
1242 Pinebrook Circle
Auburn, AL 36830


                                   _____
                                   Garrett Dennis (DEN041)
                                   Attorney for Plaintiff



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
JEREMY R. TOUMEY V. BIRMINGHAM URBAN AIR, LLC

01-CV-2018-904751.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.09

Parties to be served by Certified Mail - Return Receipt Requested

BIRMINGHAM URBAN AIR, LLC                         Postage: $7.09
1242 PINEBROOK CIRCLE
AUBURN, AL 36830

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7018 2290 0000 5737 4782

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BIRMINGHAM URBAN AIR, LLC

1242 PINEBROOK CIRCLE

AUBURN, AL 36830

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4424 8248 9003 37

2. Article Number (Transfer from service label)

7018 2290 0000 5737 4782

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CU189047515/C

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

DOCUMENT 6



**USPS TRACKING #**

9590 9406 4424 8248 9003 37

**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

DEC 07 2013

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

DOCUMENT 6

1. Article Addressed to:

   BIRMINGHAM URBAN AIR, LLC
   1242 PINEBROOK CIRCLE
   AUBURN, AL 36830



9590 9402 4424 8248 9003 37

2. Article Number *(Transfer from service label)*

   7018 2290 0000 5737 4782

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   CW18904751   5/a

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

**FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

**Tracking Number:** 70182290000057374782          Remove ✕

Your item was delivered at 9:26 am on December 4, 2018 in AUBURN, AL 36830.

## ⊘ Delivered

December 4, 2018 at 9:26 am
Delivered
AUBURN, AL 36830

**Get Updates** ∨

<div style="writing-mode: vertical">Feedback</div>

---

**Text & Email Updates**                                          ∨

---

**Tracking History**                                             ∧

**December 4, 2018, 9:26 am**
Delivered
AUBURN, AL 36830
Your item was delivered at 9:26 am on December 4, 2018 in AUBURN, AL 36830.

**December 3, 2018, 12:57 pm**
Notice Left (No Authorized Recipient Available)
AUBURN, AL 36830

**December 3, 2018**
In Transit to Next Facility



**November 30, 2018, 12:46 pm**
Departed USPS Regional Facility
MONTGOMERY AL DISTRIBUTION CENTER

**November 30, 2018, 9:08 am**
Arrived at USPS Regional Facility
MONTGOMERY AL DISTRIBUTION CENTER

**November 29, 2018, 10:10 pm**
Arrived at USPS Regional Facility
BIRMINGHAM AL DISTRIBUTION CENTER

---

**Product Information** 

---

**See Less** ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Case 2:19-cv-00012-ROB    Document 1-1    Filed 01/03/19    Page 17 of 23

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback

**SENDER:** *COMPLETE THIS SECTION*

*COMPLETE THIS SECTION ON DELIVERY*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

1. Article Addressed to:

BIRMINGHAM URBAN AIR, LLC
1242 PINEBROOK CIRCLE
AUBURN, AL 36830

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

*CV 18 904 751 5/c*

DOCUMENT 6



9590 9402 4424 8248 9003 37

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7018 2290 0000 5737 4782

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**



9590 9402 4424 8248 9003 37

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States**
**Postal Service**

*Sender: Please print your name, address, and ZIP+4® in this box*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

DEC 07 2013

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

DOCUMENT 6

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

JEREMY R. TOUMEY,                    *
                                     *
     Plaintiff,                      *
                                     *
v.                                   *     CIVIL ACTION NO. _____
                                     *
BIRMINGHAM URBAN AIR,                *
LLC, et al.                          *
                                     *
     Defendants.                     *

## AFFIDAVIT OF TOM ANDREW DUNCAN

Before me, the undersigned notary public, personally appeared Tom Andrew

Duncan, who deposes and says as follows:

1.     My name is Tom Andrew Duncan, I am an adult over the age of

nineteen (19) years, and I have personal knowledge of the facts and matters stated

herein.

2.     I am a resident and citizen of Miller County, Arkansas.

3.     The sole members of Birmingham Urban Air, LLC, are Tom Andrew

Duncan and Terri Little.

**FURTHER AFFIANT SAYETH NOT.**

*[This portion of the page is intentionally left blank.]*

1

EXHIBIT

C

TOM ANDREW DUNCAN

STATE OF ARKANSAS    )

COUNTY OF  Miller    )

    I, the undersigned Notary Public in and for said County in said State, hereby certify that Tom Andrew Duncan, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily on the same date the same bears date.

Given under my hand and official seal on this 28ᵗʰ day of December, 2018.

OFFICIAL SEAL - #12695302
**KOBEY RYAN MABRY**
NOTARY PUBLIC-ARKANSAS
MILLER COUNTY
MY COMMISSION EXPIRES: 08-20-25

NOTARY PUBLIC

My Commission Expires: 08-20-2025

2

# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISON

| | | |
|---|---|---|
| **JEREMY R. TOUMEY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO. _____** |
| | * | |
| **BIRMINGHAM URBAN AIR,** | * | |
| **LLC, et al.** | * | |
| | * | |
| **Defendants.** | * | |

## AFFIDAVIT OF TERRI LITTLE

Before me, the undersigned notary public, personally appeared Terri Little, who deposes and says as follows:

1.      My name is Terri Little, I am an adult over the age of nineteen (19) years, and I have personal knowledge of the facts and matters stated herein.

2.      I am a resident and citizen of Caddo Parish, Louisiana.

3.      The sole members of Birmingham Urban Air, LLC, are Tom Andrew Duncan and Terri Little.

**FURTHER AFFIANT SAYETH NOT.**

*[This portion of the page is intentionally left blank.]*

1



_(signature)_

TERRI LITTLE

STATE OF LOUISIANA          )

PARISH OF _Louisiana_   )

    I, the undersigned Notary Public in and for said Parish in said State, hereby certify that Terri Little, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, she executed the same voluntarily on the same date the same bears date.

Given under my hand and official seal on this _31_ day of _Dec._, 20_18_.

_Sharon E. Ross_ # 039863

NOTARY PUBLIC

My Commission Expires: _Lifetime_

2