UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY TOUMEY,** | ] |
| **Plaintiff,** | ] |
| v. | ]   **CIVIL ACTION NO.** |
| | ]   **2:19-cv-00012-KOB** |
| **BIRMINGHAM URBAN AIR, LLC,** | ] |
| **Defendant.** | ] |

## ORDER

This matter comes before the court on Defendant's "Amended Notice of Acceptance By Plaintiff Of Defendant's Offer Of Judgment." (Doc. 17).

Federal Rule of Civil Procedure 68(a) permits a defendant to "serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued," and, if the opposing party "serves written notice accepting the offer, either party may then file the offer and notice of acceptance," at which point "[t]he clerk must then enter judgment."

Here, Defendant offered Plaintiff to allow judgment in the amount of $5,000 plus $759.18 in Plaintiff's accrued costs. Plaintiff accepted Defendant's offer and Defendant filed the offer and notice of acceptance. So the parties have complied with Rule 68 and the court **DIRECTS** the clerk to **ENTER JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $5,759.18.

**DONE** and **ORDERED** this 25th day of June, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE