# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISON

| | | |
|---|---|---|
| **JEREMY R. TOUMEY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:19-cv-00012 |
| | * | |
| **BIRMINGHAM URBAN AIR, LLC, et al.** | * | |
| | * | |
| | * | |
| Defendants. | * | |

## SATISFACTION OF JUDGMENT

Comes now the Plaintiff, Jeremy R. Toumey, by and through his undersigned counsel, and acknowledges that the judgment entered against Birmingham Urban Air, LLC is paid in full and thereby satisfied this the 9th day of July, 2019.

Respectfully Submitted,

_____
Garrett Dennis (ASB-1211-K40A)
Attorney for Plaintiff

**OF COUNSEL:**

SHUNNARAH INJURY LAWYERS, P.C.
221 Longwood Drive SW
Huntsville, AL 35801
Phone:           (205) 983-8144
Facsimile:      (205) 983-8444
Email:            gdennis@asilpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participating counsel of record, listed below, by US mail, or E-mail:

George Gaston
Galloway Johnson Tompkins Burr & Smith
63 S. Royal Street, Suite 302
Mobile, AL 36602

_____
Garrett Dennis (ASB-1211-K40A)
Attorney for Plaintiff